UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| EDWARD C. CLARK, | Case No. 2:15-cv-00022-MMD-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CLARK COUNTY CREDIT UNION, et al., | |
| Defendants. | |

This action reflects the Amended Complaint was filed on February 13, 2015. (Dkt. no. 6.) On June 17, 2015, the Court issued a notice of intent to dismiss Equifax Information Services, LLC, pursuant to Fed. R. Civ. P. 4(m), unless proof of service upon said defendant was filed by July 17, 2015. (Dkt. no. 9.) To date, no proof of service has been filed upon Equifax Information Services, LLC.

Accordingly, it is ordered that Equifax Information Services, LLC is dismissed from this action.

DATED THIS 9th day of September 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE